FILED

MAR 29 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY JOHN BROWN,<br><br>Defendant. | CR 15-126-BLG-SPW<br><br>ORDER |

Pursuant to the revocation proceedings held in open court on Thursday, March 29, 2018, the Court will conduct a Formal Dispositional Hearing on **Friday, April 13, 2018 at 10:30 a.m.** in the Snowy Mountains Courtroom at the James F. Battin U.S. Courthouse, Billings, Montana.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 29th day of March, 2018.

SUSAN P. WATTERS
United States District Judge

1