IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-126-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JEFFREY JOHN BROWN, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the final hearing on revocation of supervised release scheduled for Wednesday, October 17, 2018 at 2:30 p.m., is **VACATED** and reset to commence on **Wednesday, October 24, 2018 at 3:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 2nd day of October, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE